**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| STEVEN J. ZEBERT and | : | Bankruptcy No. 15-20003-JAD |
| LOUANNE ZEBERT | : | |
| Debtor(s) | : | Chapter 13 |
| ================================ | : | |
| | : | |
| SCOTT R. LOWDEN, ESQUIRE, | : | Related To Doc. # 71 |
| Applicant, | : | |
| v. | : | |
| NO RESPONDENT | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, this __14th__ day of __July__, 2016, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date Attorney Fees and Costs are found to be $5,587.24, of which $5,525.00 are attorney's fees and $62.24 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from December 22, 2014 to June 22, 2016.

Therefore, the Application in its face amount of $1,587.24 for additional compensation for services rendered by Scott R. Lowden, Esquire as Attorney for Debtor(s) are allowed, and the total additional sum of $1,587.24 is to be paid to Scott R. Lowden, Esquire as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the additional award of compensation in the amount of $1,525.00 and expenses in the amount of $62.24.

BY THE COURT:

_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Scott R. Lowden, Esquire

FILED
7/14/16 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 15-20003-JAD
Steven J. Zebert                                                Chapter 13
Louanne Zebert
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1           Date Rcvd: Jul 14, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
db/jdb         +Steven J. Zebert,    Louanne Zebert,    250 Darlen Hill Drive,    Pittsburgh, PA 15239-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Random Properties Acquisition Corp III
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Derek K. Koget    on behalf of Creditor    Allegheny County dkoget@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Joseph F. Nicotero    on behalf of Joint Debtor Louanne   Zebert niclowlgl@comcast.net
          Joseph F. Nicotero    on behalf of Debtor Steven J. Zebert niclowlgl@comcast.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Scott R. Lowden    on behalf of Joint Debtor Louanne   Zebert niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Louanne   Zebert niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Steven J. Zebert niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Steven J. Zebert niclowlgl@comcast.net
                                                                                              TOTAL: 13
```