## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy Case No. 15-20003-JAD |
| STEVEN J. ZEBERT AND LOUANNE ZEBERT, | : Chapter 13 |
| Debtors. | : |
| STEVEN J. ZEBERT AND LOUANNE ZEBERT, Movants, | : Related Doc. No. 27 |
| v. | : |
| RANDOM PROPERTIES ACQUISITION CORP. III/RUSHMORE LOAN MANAGEMENT SERVICES, | : |
| Respondent. | : |

**ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM**

A Loss Mitigation Order dated FEBRUARY 27, 2015, was entered in the above matter at Document No. 27 ("LMP Authorization Order"), wherein the Debtors were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement

and/or mortgage modification. Under these circumstances, the Debtors and counsel to the Debtors are **directed, within fifteen (15) days from the date of this Order**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the *extraordinary circumstances* causing the failure of the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this **16th** day of **August**, 2016.

BY THE COURT,

_____mas
JEFFERY A. DELLER
**Chief United States Bankruptcy Judge**

CASE ADMINISTRATOR SHALL SERVE:
Steven J. and Louanne Zebert
Scott R. Lowden, Esquire
Andrew F. Gornall, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
8/16/16 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Steven J. Zebert
Louanne Zebert
    Debtors

Case No. 15-20003-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Aug 16, 2016
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db/jdb          +Steven J. Zebert,    Louanne Zebert,    250 Darlen Hill Drive,    Pittsburgh, PA 15239-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Random Properties Acquisition Corp III
      agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Derek K. Koget    on behalf of Creditor    Allegheny County dkoget@grblaw.com,    cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
      Joseph F. Nicotero    on behalf of Joint Debtor Louanne   Zebert niclowlgl@comcast.net
      Joseph F. Nicotero    on behalf of Debtor Steven J. Zebert niclowlgl@comcast.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Scott R. Lowden    on behalf of Joint Debtor Louanne   Zebert niclowlgl@comcast.net
      Scott R. Lowden    on behalf of Plaintiff Louanne   Zebert niclowlgl@comcast.net
      Scott R. Lowden    on behalf of Debtor Steven J. Zebert niclowlgl@comcast.net
      Scott R. Lowden    on behalf of Plaintiff Steven J. Zebert niclowlgl@comcast.net
                                                                                                        TOTAL: 13