# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven J. Zebert and Louanne Zebert<br>  Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-20003 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Kingsmead Asset Holding Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ore)

                                                    Respectfully submitted,

                                                    **/s/ James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    jwarmbrodt@kmllawgroup.com
                                                    Attorney I.D. No. 42524
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    Phone: 215-825-6306
                                                    Fax: 215-825-6406
                                                    Attorney for Movant/Applicant