# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

11/28/2017

IN RE:

STEVEN J. ZEBERT
LOUANNE ZEBERT
250 DARLEN HILL DRIVE
PITTSBURGH,  PA  15239
XXX-XX-4000          Debtor(s)

XXX-XX-2535

Case No.15-20003 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/28/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:1  INT %: 0.00% <br> Court Claim Number:6 <br><br> CLAIM: 808.59 <br> COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4000 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN: BANKRUPTCY DEPARTMENT <br> 225 NORTH SHORE DRIVE STE 300 <br><br> PITTSBURGH, PA 15212 | Trustee Claim Number:2  INT %: 0.00% <br> Court Claim Number:2 <br><br> CLAIM: 324.15 <br> COMMENT: 200000694352 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4352 |
| **RANDOM PROPERTIES ACQUISITION CORP** <br> C/O RUSHMORE LOAN MGMNT SVCS LLC <br> ATTN BANKRUPTCY DEPT <br> PO BOX 52708 <br> IRVINE, CA 92619-2708 | Trustee Claim Number:3  INT %: 0.00% <br> Court Claim Number:5 <br><br> CLAIM: 857.80 <br> COMMENT: RS/DOE*SURR/PL*LMP DENIED*BGN 2/15 | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 5781 |
| **PLUM BORO MUNICIPAL AUTH** <br> 4555 NEW TEXAS RD <br><br> PITTSBURGH, PA 15239 | Trustee Claim Number:4  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: RS/DOE*SURR/PL*14*SWR~WTR/SCH | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: |
| **PLUM BORO SD & PLUM BORO (RE)** <br> C/O TAX COLLECTOR - CUR & DLNQ <br> 4555 NEW TEXAS RD - STE B <br> PITTSBURGH, PA 15239 | Trustee Claim Number:5  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: RS/DOE*SURR/CONF*973-B-378*14 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: B378 |
| **PYOD LLC** <br> C/O SHELLPOINT MORTGAGE SVCNG <br> PO BOX 10826 <br> GREENVILLE, SC 29603-0826 | Trustee Claim Number:6  INT %: 0.00% <br> Court Claim Number:7 <br><br> CLAIM: 0.00 <br> COMMENT: RS/DOE*SURR/PL*AVD/DOE*2ND*CL=19132.93*NDDFNCY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9236 |
| **PLUM BOROUGH (EIT)** <br> C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR <br> 546 WENDEL RD <br> IRWIN, PA 15642 | Trustee Claim Number:7  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 2,984.00 <br> COMMENT: 4000,2535*07-11*$/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 4000 |
| **ADVANCE CARDIOLOGY** <br> 575 COAL VALLEY RD STE 460 <br><br> CLAIRTON, PA 15025 | Trustee Claim Number:8  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **ALLEGHENY DERMATOLOGY ASSOC** <br> 215 FIRST AVENUE <br><br> TARENTUM, PA 15084 | Trustee Claim Number:9  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **ALLEGHENY DERMATOLOGY ASSOC** <br> 215 FIRST AVENUE <br><br> TARENTUM, PA 15084 | Trustee Claim Number:10 INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |

| | | |
|---|---|---|
| **ALLEGHENY RADIOLOGY++**<br>POB 49<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ALLEGHENY RADIOLOGY++**<br>POB 49<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **PALISADES COLLECTIONS LLC**<br>210 SYLVAN AVE<br><br>ENGLEWOOD CLIFFS, NJ  07632 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~ATT WIRELESS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ALLIANCE ONE RECEIVABLES MGMNT**<br>4850 STREET RD STE 300<br><br>TREVOSE, PA  19053 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CAP 1/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CMC**<br>POB 16346<br><br>PITTSBURGH, PA  15242-0346 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **DENTAL COLLECTION FIRM++**<br>1827 GOLDEN MILE HWY<br><br>PITTSBURGH, PA  15239 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~DR BRYAN C DONOHUE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **DENTAL COLLECTION FIRM++**<br>1827 GOLDEN MILE HWY<br><br>PITTSBURGH, PA  15239 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DR RICK RIVARDO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **EMP**<br>POB 75954<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ESCALLATE LLC**<br>5200 STONEHAM RD<br>STE 200<br>NORTH CANTON, OH  44720 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| FORBES REGIONAL HEALTH CENTER | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| DEPARTMENT L116P | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264 | COMMENT:  NT ADR/SCH | |

| FORBES REGIONAL HOSPITAL | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 644675 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-4675 | COMMENT:  NT ADR/SCH | |

| FORBES REGIONAL HOSPITAL | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 644675 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-4675 | COMMENT:  NT ADR/SCH | |

| FORBES REGIONAL HOSPITAL | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 644675 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-4675 | COMMENT:  NT ADR/SCH | |

| NORTHLAND GROUP INC. | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 390905 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| MINNEAPOLIS, MN  55439 | COMMENT:  NT ADR~THD~CITIBANK/SCH | |

| CREDIT COLLECTIONS USA | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 16 DISTRIBUTOR DRIVE | Court Claim Number: | ACCOUNT NO.:  ? |
| STE 1 | CLAIM:  0.00 | |
| MORGANTOWN, PA  26501-7209 | COMMENT:  NT ADR~ ORAL MAXILLOFACIAL SURGERY/SCH | |

| PLUM BORO MUNICIPAL AUTH | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 4555 NEW TEXAS RD | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15239 | COMMENT:  WTR/SCH | |

| PLUM EMS | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 4545 NEW TEXAS RD | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15239 | COMMENT: | |

| PRA AG FUNDING LLC | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.:  ? |
| 120 CORPORATE BLVD STE 100 | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  NO$/SCH | |

| PREMIER MEDICAL ASSOC | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 643773 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264 | COMMENT: | |

| PREMIER MEDICAL ASSOC | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 643773 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264 | COMMENT: NT ADR/SCH | |

| QUEST DIAGNOSTICS++ | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71303 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19176-1303 | COMMENT: NT ADR/SCH | |

| NAVIENT SOLUTIONS INC | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 9640 | Court Claim Number:4 | ACCOUNT NO.: 2535 |
| | CLAIM: 5,533.91 | |
| WILKES-BARRE, PA 18773-9640 | COMMENT: NO ACNT NUM/SCH*SALLIE MAE | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: SEARS/SCH | |

| SPRINT CORP(*) | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3326 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| ENGLEWOOD, CO 80155-3326 | COMMENT: | |

| UNIVERSITY OF PGH PHYSICIAN | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 371980 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250-7980 | COMMENT: | |

| NCO FINANCIAL SYSTEMS INC(*)++ | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| HORSHAM, PA 19044 | COMMENT: UPMC ST MARGARET/SCH | |

| NAVIENT SOLUTIONS INC O/B/O USAF INC | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| USA FUNDS - MC E2148 | Court Claim Number:1 | ACCOUNT NO.: 2535 |
| ATTN DEPOSIT OPERATIONS | | |
| PO BOX 6180 | CLAIM: 4,704.89 | |
| INDIANAPOLIS, IN 46206-6180 | COMMENT: NO ACNT NUM/SCH | |

| WPAHS | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6770 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: NT ADR/SCH | |

| JEFFREY R HUNT ESQ | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| GOEHRING ET AL | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-6107 | COMMENT: ALLEGHENY CO/PRAE | |

| RANDOM PROPERTIES ACQUISITION CORP | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
|---|---|---|
| C/O RUSHMORE LOAN MGMNT SVCS LLC | Court Claim Number:05 | ACCOUNT NO.:  5781 |
| ATTN BANKRUPTCY DEPT | | |
| PO BOX 52708 | CLAIM:  6,629.01 | |
| IRVINE, CA  92619-2708 | COMMENT:  RS/DOE*LMP DENIED | |

| COUNTY OF ALLEGHENY (R/E TAX)* | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:3 | ACCOUNT NO.:  B378 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  RS/DOE*SURR/PL*973B378*NT/SCH*463.54/CL | |

| RANDOM PROPERTIES ACQUISITION CORP | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| C/O RUSHMORE LOAN MGMNT SVCS LLC | Court Claim Number:5 | ACCOUNT NO.:  5781 |
| ATTN BANKRUPTCY DEPT | | |
| PO BOX 52708 | CLAIM:  0.00 | |
| IRVINE, CA  92619-2708 | COMMENT:  RS/DOE*SURR/PL*LMP DENIED*THRU 1/15 | |

| PLUM BOROUGH (RE) | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O TAX COLLECTOR - DLNQ YRS | Court Claim Number:8 | ACCOUNT NO.:  B378 |
| 4555 NEW TEXAS RD - STE B | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15239 | COMMENT:  RS/DOE*SURR/PL*NT/SCH*1011.58/CL | |

| WILLIAM MILLER ESQ | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| STERN & EISENBERG PC | Court Claim Number: | ACCOUNT NO.: |
| 1581 MAIN ST STE 200 | | |
| | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  KINGSMEAD ASSET HLDNG/PRAE | |