IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Steven J. Zebert, and | : | |
| Louanne Zebert | : | Case No. 15-20003 JAD |
| Debtor(s) | : | |
| ============================= | : | Related to Doc No. 92 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | Hrg: 2/7/18 at 9:00 AM |
| No Respondent | : | |
| Respondent | : | |

**CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on  December 18, 2017  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing, responses to the Application were to be filed and served no later than  January 4, 2018 .

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:   January 5, 2018

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
3948 Monroeville Blvd., Ste. 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
PA. ID 72116