IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Steven J. Zebert | : | Bankruptcy No. 15-20003 JAD |
| | Louanne Zebert | : | |
| | Debtor(s) | : | |
| | Steven J. Zebert | : | Chapter 13 |
| | Louanne Zebert | : | |
| | Movant(s) | : | |
| | v. | : | |
| | | : | |
| | No Respondents | : | |
| | Respondent(s) | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtor is not required to pay any Domestic Support Obligations]

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 04/23/2015, at docket number 37 & 38, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*   [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated:  February 13, 2018        By:    /s/  Scott R. Lowden
                                        Signature
                                         Scott R. Lowden
                                        Name of Filer – Typed
                                        PA ID 72116
                                        Nicotero & Lowden, PC
                                        3948 Monroeville Blvd., Suite 2
                                        Monroeville, PA 15146
                                        (412) 374-7161
                                        niclowlgl@comcast.net