IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    STEVEN J. ZEBERT
    LOUANNE ZEBERT
        Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-20003-JAD

Chapter 13

Related To Doc. No. 97

## ORDER OF COURT

    AND NOW, this 26th day of March, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtors are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtors shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtors. This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtors' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/26/18 7:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20003-JAD
Steven J. Zebert                                                          Chapter 13
Louanne Zebert
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 3              Date Rcvd: Mar 26, 2018
                             Form ID: pdf900         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
```
db/jdb         +Steven J. Zebert,    Louanne Zebert,    250 Darlen Hill Drive,    Pittsburgh, PA 15239-1959
cr             +Kingsmead Asset Holding Trust,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13976083       +AT&T Wireless,    c/o Palisades Collection LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
13984626       +Advance Cardiology,    575 Coal Valley Rd.,    South Hills Medical Bldg. Ste. 460,
                 Clairton, PA 15025-3730
13976080       +Allegheny Dermatology Assoc. PC,    Parkway Bldg Suite 201,    339 Old Haymaker Rd.,
                 Monroeville, PA 15146-3549
13976079       +Allegheny Dermatology Assoc. PC,    Parkway Bldg, Ste. 201,    339 Old Haymaker Rd.,
                 Monroeville, PA 15146-3549
13976081       +Allegheny Radiology Assoc.,    PO Box 49,    Pittsburgh, PA 15230-0049
13984634       +Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
14012326       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13976085       +DCF Dental Collection Firm,    1827 Golden Mile Hwy #B,    Pittsburgh, PA 15239-2827
13976086       +Dr. Bryan C. Donohue,    Credit Collections USA,    256 Greenbag Rd., Ste. 1,
                 Morgantown, WV 26501-7158
13976087       +Dr. Rick Rivardo,    DCF Dental Collection Firm,    1827 Golden Mile Hwy #D855,
                 Pittsburgh, PA 15239-2827
13984640       +EMP,    100 South Owasso Blvd West,    Saint Paul, MN 55117-1036
13984639       +Earned Income Tax Office Borough of Plum,    4555 New Texas Road,    Pittsburgh, PA 15239-1199
13976089       +Earned Income Tax Office of Plum Boro,    4555 New Texas Road,    Pittsburgh, PA 15239-1199
13976090       +Flabeg US Holding, Inc.,    851 Third Ave.,    Brackenridge, PA 15014-1445
13976091       +Forbes Regional Health System,    Collection Service Center,    839 Fifth Avenue,
                 New Kensington, PA 15068-6303
13976092       +Forbes Regional Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14170687       +Harry R. Schlegel, Tax Collector,    Borough of Plum,    4555 New Texas Road,
                 Pittsburgh, PA 15239-1167
13976093       +Home Depot/Citibank NA,    c/o Northland Group Inc.,    PO Box 390905,
                 Minneapolis, MN 55439-0905
13976094       +KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
13976096       +Peoples Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
13976097       +Plum Borough Municipal Authority,    4555 New Texas Road,    Pittsburgh, PA 15239-1195
13984649       +Plum Borough School & Borough of Plum,    4555 New Texas Road,    Pittsburgh, PA 15239-1167
13984650       +Plum EMS,    4545 New Texas Rd.,    Pittsburgh, PA 15239-1136
13984653       +Premier Medical Assoc.,    One Monroeville Center,    3824 Northern Pike, Ste. 675,
                 Monroeville, PA 15146-2151
13976098       +Premier Medical Assoc.,    PO Box 643773,    Pittsburgh, PA 15264-3773
13976100       +Random Properties Acquisition Corp III,    7515 Irvine Center Drive, Ste. 100,
                 Irvine, CA 92618-2930
14035480       +Random Properties Acquisition Corp III,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13976101       +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
13984659       +Shellpoint Mortgage Servicing,    55 Beattie Pl Ste. 600,    Greenville, SC 29601-2165
13984661       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13976105        UPMC St. Margaret,    NCO Financial,    PO Box 13570,    Philadelphia, PA 19101
13976106       +USA Funds,    PO Box 6180,    Indianapolis, IN 46206-6180
13976107       +WPAHS,    2 Allegheny Center, 6th Floor,    Pittsburgh, PA 15212-5404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13984633       +E-mail/Text: abovay@creditmanagementcompany.com Mar 27 2018 02:23:25      CMC,   PO Box 16346,
                 Pittsburgh, PA 15242-0346
13976084       +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 27 2018 02:22:15      Capital One Bank,
                 c/o Alliance One,    4850 Street Rd., Ste. 300,    Feasterville Trevose, PA 19053-6643
14050206       +E-mail/Text: kburkley@bernsteinlaw.com Mar 27 2018 02:23:39      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13976088       +E-mail/Text: kburkley@bernsteinlaw.com Mar 27 2018 02:23:39      Duquesne Light Company,
                 411 7th Avenue, MD6-1,    Pittsburgh, PA 15219-1942
13984641       +E-mail/Text: bankruptcies@escallate.com Mar 27 2018 02:22:12      Escallate, LLC,
                 5200 Stoneham Rd., Ste. 200,    North Canton, OH 44720-1584
14014863        E-mail/PDF: pa_dc_claims@navient.com Mar 27 2018 02:27:04      Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13984603        E-mail/PDF: pa_dc_litigation@navient.com Mar 27 2018 02:26:40
                 Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13976095       +E-mail/Text: ccusa@ccuhome.com Mar 27 2018 02:22:13      Oral Maxillofacial Surgery,
                 c/o Credit Collections USA,    256 Greenbag Rd., Ste 1,    Morgantown, WV 26501-7158
13984651        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:26:38
                 Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502
```

```
District/off: 0315-2          User: aala                    Page 2 of 3                    Date Rcvd: Mar 26, 2018
                              Form ID: pdf900               Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14051538         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2018 02:27:40     PYOD, LLC,
                 c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
13976099        +E-mail/Text: BankruptcyMail@questdiagnostics.com Mar 27 2018 02:23:54
                 Quest Diagnostics, Inc.,    PO Box 7302,   Hollister, MO 65673-7302
13976082         E-mail/PDF: cbp@onemainfinancial.com Mar 27 2018 02:26:55
                 American General/Springleaf Financial,    PO Box 3251,   Evansville, IN 47731
13976102        +E-mail/PDF: pa_dc_claims@navient.com Mar 27 2018 02:27:28     Sallie Mae,   11100 USA Pkwy,
                 Fishers, IN 46037-9203
13976103        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:26:38     Sears,
                 c/o Portfolio Recovery Assoc. LLC,    PO Box 12914,   Norfolk, VA 23541-0914
13976104        +E-mail/Text: bmg.bankruptcy@centurylink.com Mar 27 2018 02:23:06     Sprint,   AFNI, Inc.,
                 404 Brock Dr.,   Bloomington, IL 61701-2654
                                                                                              TOTAL: 15

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Random Properties Acquisition Corp III
13984631*      +AT&T Wireless,   c/o Palisades Collection LLC,   PO Box 1244,   Englewood Cliffs, NJ 07632-0244
13984627*      +Allegheny Dermatology Assoc. PC,    Parkway Bldg, Ste. 201,   339 Old Haymaker Rd.,
                Monroeville, PA 15146-3549
13984628*      +Allegheny Dermatology Assoc. PC,    Parkway Bldg Suite 201,   339 Old Haymaker Rd.,
                Monroeville, PA 15146-3549
13984629*      +Allegheny Radiology Assoc.,   PO Box 49,   Pittsburgh, PA 15230-0049
13984632*      +Capital One Bank,   c/o Alliance One,   4850 Street Rd., Ste. 300,
                Feasterville Trevose, PA 19053-6643
13984635*      +DCF Dental Collection Firm,   1827 Golden Mile Hwy #B,   Pittsburgh, PA 15239-2827
13984636*      +Dr. Bryan C. Donohue,   Credit Collections USA,   256 Greenbag Rd., Ste. 1,
                Morgantown, WV 26501-7158
13984637*      +Dr. Rick Rivardo,   DCF Dental Collection Firm,   1827 Golden Mile Hwy #D855,
                Pittsburgh, PA 15239-2827
13984638*      +Duquesne Light Company,   411 7th Avenue, MD6-1,   Pittsburgh, PA 15219-1942
13984642*      +Forbes Regional Health System,   Collection Service Center,   839 Fifth Avenue,
                New Kensington, PA 15068-6303
13984643*      +Forbes Regional Hospital,   PO Box 3475,   Toledo, OH 43607-0475
13984644*      +Home Depot/Citibank NA,   c/o Northland Group Inc.,   PO Box 390905,
                Minneapolis, MN 55439-0905
13984645*      +KML Law Group, P.C.,   Mellon Independence Center - Suite 5000,   701 Market Street,
                Philadelphia, PA 19106-1538
13984604*       Navient Solutions, Inc. on behalf of USAF,   Attn: Bankruptcy Litigation Unit E3149,
                P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
13984646*      +Oral Maxillofacial Surgery,   c/o Credit Collections USA,   256 Greenbag Rd., Ste 1,
                Morgantown, WV 26501-7158
13984647*      +Peoples Natural Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
13984648*      +Plum Borough Municipal Authority,   4555 New Texas Road,   Pittsburgh, PA 15239-1195
13984652*      +Premier Medical Assoc.,   PO Box 643773,   Pittsburgh, PA 15264-3773
13984654*      +Quest Diagnostics, Inc.,   PO Box 7302,   Hollister, MO 65673-7302
13984655*      +Random Properties Acquisition Corp III,   7515 Irvine Center Drive, Ste. 100,
                Irvine, CA 92618-2930
13984656*      +Rushmore Loan Management Services,   PO Box 52708,   Irvine, CA 92619-2708
13984657*      +Sallie Mae,   11100 USA Pkwy,   Fishers, IN 46037-9203
13984658*      +Sears,   c/o Portfolio Recovery Assoc. LLC,   PO Box 12914,   Norfolk, VA 23541-0914
13984660*      +Sprint,   AFNI, Inc.,   404 Brock Dr.,   Bloomington, IL 61701-2654
13984662*       UPMC St. Margaret,   NCO Financial,   PO Box 13570,   Philadelphia, PA 19101
13984663*      +USA Funds,   PO Box 6180,   Indianapolis, IN 46206-6180
13984664*      +WPAHS,   2 Allegheny Center, 6th Floor,   Pittsburgh, PA 15212-5404
13984630      ##+Allegheny Radiology Assoc.,   651 S. Center Ave., Ste. 102,   Somerset, PA 15501-2811
                                                                                 TOTALS: 3, * 27, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: aala                Page 3 of 3                  Date Rcvd: Mar 26, 2018
                                  Form ID: pdf900           Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Random Properties Acquisition Corp III
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Derek K. Koget    on behalf of Creditor    Allegheny County dkoget@grblaw.com, cnoroski@grblaw.com
              James Warmbrodt    on behalf of U.S. Trustee    Office of the United States Trustee
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Joseph F. Nicotero    on behalf of Joint Debtor Louanne    Zebert niclowlgl@comcast.net
              Joseph F. Nicotero    on behalf of Debtor Steven J. Zebert niclowlgl@comcast.net
              Joshua I. Goldman    on behalf of Creditor    Random Properties Acquisition Corp III
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Steven J. Zebert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Steven J. Zebert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Louanne    Zebert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Louanne    Zebert niclowlgl@comcast.net
              William E. Miller    on behalf of Creditor    Kingsmead Asset Holding Trust
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                            TOTAL: 16
```